# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES R. PALMQUIST & KATHRYN D. PALMQUIST  Case Number: 08-70148
1182 E. DANBURY DRIVE   SSN-xxx-xx-3581 & xxx-xx-8841
CARY, IL  60013

Case filed on: 1/21/2008
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,213.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 3,774.00 | 3,774.00 | 2,991.30 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 2,991.30 | 0.00 |
| 008 | CERTIFIED SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JOE ROMINSKI, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES R. PALMQUIST | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIBANK NA | 1,816.42 | 1,816.42 | 0.00 | 0.00 |
| 002 | MIDFIRST BANK / MIDLAND MORTGAGE | 19,784.37 | 19,784.37 | 0.00 | 0.00 |
| 003 | MIDLAND MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NEW HAVEN TOWNHOME CONDOMINIUM ASSOC. | 820.00 | 820.00 | 0.00 | 0.00 |
| 005 | US DEPT OF HOUSING & URBAN DEVELOPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 22,420.79 | 22,420.79 | 0.00 | 0.00 |
| 006 | AMERICREDIT | 6,764.83 | 6,764.83 | 0.00 | 0.00 |
| 007 | CONDELL ACUTE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROBERT & MAUREEN SWEARINGEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | US DEPARTMENT OF EDUCATION | 10,681.92 | 10,681.92 | 0.00 | 0.00 |
| 012 | ASSET ACCEPTANCE CORP | 623.67 | 623.67 | 0.00 | 0.00 |
|  | Total Unsecured | 18,070.42 | 18,070.42 | 0.00 | 0.00 |
|  | Grand Total: | 44,265.21 | 44,265.21 | 2,991.30 | 0.00 |

Total Paid Claimant:     $2,991.30
Trustee Allowance:       $221.70
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/29/2008        By   /s/Heather M. Fagan